# EXHIBIT 1

**Complaint —** *Eckardt v. KBR Luxury, Inc.*



03/30/2022

THIS CONTRACTOR AGREEMENT (this "Agreement") is made and entered into as of the last date set forth below (the "Effective Date") by and between KBR Kitchen & Bath (KBR Luxury INC), a Maryland company ("Contractor"), party of the first part, and the named stated below ("Customer").

Full Name       :Jasmine Herndon & Derrick Eckardt
Address         :1742 Irving St. NW Washington, DC 20010
Phone #         :909-731-3693
Email           : herndonjm@gmail.com

IT IS AGREED AS FOLLOWS:

**1. PROJECT.** Contractor shall provide all labor, materials, equipment, and services in substantial compliance with the Plans & Specifications attached hereto as Exhibit A For the construction project at the Property (the "Project"). KBR has right to take photos of the project site before, during, and after the projects and share them on KBR's online platforms.

**2. SCOPE OF WORK.** Customer has reviewed and approved the Plans & Specifications and understands that Customer may not request any variance from the Plans & Specifications, except as set forth in Section 5 below. Customer acknowledges and agrees that the Plans & Specifications are subject to minor modifications by Contractor, including substitution of reasonably equivalent materials, without the consent of Customer.

**3. COMPLETION OF WORK.** The estimated date for commencement of the Project is **04/06/2022** The estimated date for completion of the project is **08/26/2022**. Contractor shall not be responsible for the following delays in the commencement or completion of Project: delays caused by acts of God, fire, explosion, vandalism, storm, weather conditions, labor strikes, national emergencies, material supplier's negligence, material supplier's failure, subcontractor's negligence, subcontractor's failure, failure of Customer to get "structural" permits from local authorities, failure of Customer to cooperate in the completion of the Project or other delays beyond the reasonable control of Contractor. If the Customer is providing materials or certain labor required for the Project, such materials must be at the site and labor must be completed before Contractor will commence work; if Customer substantially delays the Project, Contractor has the right to terminate this Agreement pursuant to Section 7 below, or to charge Customer additional amounts to compensate for the delay damages. Punch list and warranty items shall be completed as required by this Agreement within a reasonable time.

**4.PAYMENTS.** Customer agrees to pay Contractor the total sum of **$342,810.00 -project cost-** to complete the Project (the "Construction Sum"). In addition to the Construction Sum, Customer shall pay for the "structural" permit and other governmental fees (if it is needed), licenses, inspections, utility fees and other charges necessary for completion of the Project. The Construction Sum shall be payable as follows:

- $10,284.30 (3%) of the project cost due upon the execution of this Agreement;
- $77,132.25 (22.5%) of the project cost due at time of materials selection appointment (no later than 4/19/22);
- $77,132.25 (22.5%) of the project cost due upon commencement of framing work;
- $77,132.25 (22.5%) of the project cost due upon commencement of drywall installation;
- $77,312.25 (22.5%) of the project cost due upon installation of countertops throughout home.



- $23,996.70 (7%) of the project cost due upon substantial completion of the Project.  Substantial completion shall be deemed to have occurred when the Project is substantially complete such that Customer can occupy the Project site for its intended use, as agreed upon Exhibit A (Whole House Remodel Project).

If there are minor punch list items or lacking minor pieces including but not limited to: kitchen drawer's doorhandle, knob handles, filler, cabinet parts or doors, door scratch that must be completed or changed following substantial completion of the Project, then Customer may withhold no more than ten percent (10%) of the final payment until such punch list items are completed.

Any refusal to pay required costs under this agreement shall be a breach of this Agreement and Contractor may suspend or terminate construction in accordance with Section 7 of this Agreement.

    **5. CHANGES TO WORK.** If Customer makes any request for changes to the Plans & Specifications, Contractor, at its sole discretion, may agree or refuse Customer's request.  In the event that Contractor agrees to the changes, Contractor and Customer shall execute a written Change Order. Customer shall not be responsible for the cost of any change in the Plans & Specifications unless a written change order has been executed. The additional cost resulting from a change in the work shall be determined by Contractor and shall be stated in the written Change Order.  Customer shall pay for any costs resulting from a change in the work immediately upon the execution of the written Change Order.

    **6. RIGHT OF OWNER TO TERMINATE.** Customer may terminate this Agreement for any reason prior to 11:59 PM on the day which is three (3) days after the Effective Date, in which case any amounts previously paid to Contractor shall be refunded to Customer less restocking fees.  If Contractor's performance is substantially delayed for any reason such that the estimated commencement date exceeds the date set forth in Paragraph 3 by sixty (60) days or more, Customer may terminate this Agreement and any amounts previously paid to Contractor shall be refunded to Customer less any restocking fees.  Thereafter, Customer may terminate this Agreement at any time; provided, however, that Customer shall forfeit any amounts previously paid to Contractor on the date of termination, regardless of whether such amount is in proportion to the work performed, and shall immediately pay Contractor all additional amounts necessary to compensate Contractor in full for the labor, materials and other costs that Contractor has expended or incurred through the date of termination.  In addition, Customer shall be responsible for assuming the obligation to pay for any materials, services, subcontractors or other obligations ordered or charges incurred on behalf of Customer to complete the Project; and Customer shall indemnify Contractor for any losses (including reasonable attorney's fees) resulting from the Customer's failure to pay for any such much materials, services or subcontractors, or Customer's failure to assume any such obligations.  If Customer exercises its right to terminate after the three (3) day period, upon the payment of the amounts and costs set forth in this Paragraph, Contractor shall deliver all such materials purchased by Contractor or its subcontractors to Customer.

    **7. RIGHT OF CONTRACTOR TO TERMINATE.** Contractor may terminate this Agreement for any reason prior to the commencement of the work on the Project, in which case any amounts previously paid to Contractor shall be refunded to Customer within three (3) business days of termination. Thereafter, Contractor may terminate this Agreement for any of the following reasons: (a) Contractor believes that Customer is unreasonably disputing the quality, materials or labor provided by Contractor or its subcontractors; (b) Customer requests multiple Change Orders or a specific Change Order to which Contractor does not agree; (c) Customer fails to timely provide utilities to the Property such that Contractor is hindered or delayed from completing the Project, or Contractor incurs additional expenses; or (d)





Contractor encounters unforeseen conditions that make the Project more costly, which Customer refuses to pay. In the event that Contractor terminates this Agreement pursuant to this Section 7, Customer shall forfeit any amounts previously paid to Contractor on the date of termination, regardless of whether such amount is in proportion to the work performed, and Customer shall pay to Contractor, within ten (10) days of the date of termination, all additional amounts necessary to compensate Contractor in full for the labor, material and other costs that Contractor has expended or incurred through the date of termination. In addition, Customer shall be responsible for assuming the obligation to pay for any materials, services, subcontractors or other obligations ordered or charges incurred on behalf of Customer to complete the Project; and Customer shall indemnify Contractor for any losses (including reasonable attorney's fees) resulting from the Customer's failure to pay for any such much materials, services or subcontractors, or Customer's failure to assume any such obligations.

**8. LIMITED WARRANTY.** If, within one (1) year after the date of substantial completion of the Project, any of the work is found to be not in substantial compliance with the Plans & Specifications, Contractor shall correct it promptly after receipt of written notice from Customer to do so, unless Customer has accepted such condition. In order to place a warranty claim, Customer shall give such notice promptly after discovery of the condition (in no event more than ten (10) days after discovery). During the one-year period for correction of the work, if Customer fails to notify Contractor and give the Contractor an opportunity to make the correction, Customer waives the rights to require correction by the Contractor and to make a claim for breach of warranty. The one-year period for correction of the work shall not be extended by corrective work performed by the Contractor pursuant to this paragraph. Manufactures offer their warranty for the materials.

**9. HAZARDOUS MATERIALS & SAFETY.** Contractor has not inspected the Property for environmental problems, including the presence of hazardous waste, and will not be responsible for any such problems unless intentionally caused by Contractor or its Agents. To the fullest extent permitted by law, Customer shall indemnify and hold harmless the Contractor, all subcontractors and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from any environmental problems or hazardous waste. Furthermore, Contractor is not responsible for the safety of Customer, family members of Customer, guests of Customer or Customer's agents ("Customer's Parties") that enter the Project site prior to the completion of the Project. Customer's Parties shall not touch any of Contractor's materials, equipment or other personal property left or stored at the Property. The Customer Parties any other invitees or contractors of the Customer Parties enter the construction area at their own risk.

**10. DISPUTE RESOLUTION.** The validity, enforceability and interpretation of this Agreement will be determined and governed by the laws of the District of Columbia without regard to any jurisdiction's conflicts of law's provisions. The parties hereby irrevocably submit to jurisdiction and venue of the courts located in Washington, DC for adjudication of any and all disputes pertaining to this Agreement. If a lawsuit, arbitration or other legal action is instituted in order to enforce or defend the terms of this Agreement, the prevailing party shall be entitled to reimbursement of its reasonable attorney's fees and costs incurred in prosecuting or defending such action. The reasonableness of attorney's fees may be proven by an attorney fee affidavit of the attorney performing the services, without need of expert testimony.

**11. LIMITATION OF DAMAGES.** INDEMNIFICATION AND INSURANCE. Contractor shall be liable for any damage to Customer's property caused by Contractor and/or any subcontractors performing services on Contractor's behalf. Except for damage to Customer's property, notwithstanding anything to the contrary contained in this Agreement, the



total liability of Contractor to Customer for any claim asserted by Customer which arises from or relates to this Agreement shall not exceed one hundred thousand dollars ($100,000).  Neither Party shall be liable to the other Party for any special, indirect, or consequential damages (e.g. rental expenses, loss of use, delay damages or lost profit). Contractor shall indemnify, defend and hold harmless Customer from an against any claims, losses, liabilities and causes of action, arising in whole or in part from the fault, negligence or wrongful acts of Contractor.  During performance of work under the Project, Contract shall maintain a Commercial General Liability Insurance policy issued to and covering liability out of the work to be performed by Contractor and its subcontractors. Coverage under this policy shall have combined single limits for bodily injury (including disease or death) and property damage (including loss of use) of not less than $500,000 per occurrence and 1,000,000 in the aggregate.

**12. ENTIRE AGREEMENT.** This Agreement contains the entire agreement between the parties in relation to matters described herein, and no inducements or promises other than as expressly set forth herein have been given or received in return for same.  All negotiations leading up to this Agreement are merged herewith and shall not be the basis for any legal rights, claims or defenses in relation to any litigation or otherwise.  This Agreement may be amended only through a writing signed by both of the parties.  If any provision of this Agreement or application thereof to any person, entity or circumstance shall, to any extent, be held invalid or unenforceable, the remaining provisions and the application of such invalid or unenforceable provision to any person, entity or circumstance other than those to which it is held invalid or unenforceable, shall not be affected thereby.  Each provision of this Agreement shall be valid and enforced to the fullest extent permitted by law.  Nothing in this Agreement shall be construed to require any party hereto to violate any federal or state law, regulation or statute

**13. COUNTERPARTS.** This Agreement may be signed in counterparts such that each duplicate, together with a complete set of original signatures, shall constitute one and the same agreement, but this Agreement shall only be enforceable once it is signed by all of the parties, either in counterparts or otherwise.  The parties' signatures may be evidenced by PDF or facsimile transmissions, and each party may rely on a PDF or facsimile signature on behalf of the other party as proof of the other party's execution of this Agreement.

IN WITNESS WHEREOF, the undersigned parties, affirming that they are in possession of and have reviewed all pages of this Agreement, have duly executed and delivered this Contractor Agreement as of the dates set forth below.

**CUSTOMER:**
Signature: ___*Jasmine Herndon*_____ Date: ___3/31/2022_____
Printed Name: ___Jasmine Herndon_____

**CONTRACTOR:**
KBR Kitchen & Bath
Representative Signature: ___*Candice Benton*_____ Date: ___3/30/2022_____
Printed Name: ___Candice Benton_____

EXHIBIT (A)

PROJECT SPECIFICATIONS



7008 Wisconsin Ave. MD, 20815
P: (301).718.2800  P: (888) 952.7669
www.kbrmd.com  |  info@kbrmd.com

*"Your place is our passion"*

## Kitchen Estimate

| | | |
|---|---|---|
| **Name** | Jasmine Herndon & Derrick Eckhard | 3/28/2022 17:35 |
| **Address** | 1742 Irving St. NW Washington, DC 20010 | |
| **Project Type** | Whole House Remodel | |
| **Designer** | Candice Benton | |

| Item | Description | Qty | Price | Total |
|---|---|---|---|---|
| Prep & Debris Removal | Dumpster and Portable Pottie Delivery and Setup: Remove existing debris from all three levels of home. | 1 | | $3,310.00 |
| Demolition & Hauling | Remove existing plaster wall, electrical, plumbing, doors, windows, and framing from interior of home (Gut home down to floor joist and masonry walls). Remove concrete in basement. Haul away debris to dump. | 1 | | |
| Concrete & Masonry | Pour new concrete slab foundation in basement. New concrete footings if needed for existing steel beam support. Lower ground floor approximately 8" deep for new 84" basement ceiling height. Clean sweep chimney and prep for use. | 1 | | |
| Framing | Frame new interior of house per new architectural plans and design plans/specs. (Proposed framing to include new walls in basement for new bathroom, closet below stairs, new laundry area, and new storage/HVAC area. New kitchen main floor layout with new kitchen walls, mudroom, living and dining rooms, foyer, powder room and main entry stairs. New doors and window framing per new design. (Design to be determined after architectural visit.) New third level layout to include new master bedroom with walk-in closet and masterbathroom, new second floor laundry, new linen closet, new hall bath, and new second and third bedrooms with new closets. | 1 | | |
| Doors & Windows | Install new doors and windows throughout home per architectural plans and design layout/specs. Convert existing front side door into window. | 1 | | |
| Plumbing | Check all gas pipe lines.  Install new CPVC pipe throughout entire home, new waste pipe line, new waste vent, new plumbing for 3 1/2 new bathrooms (basement bath with shower), new washer box for two new  laundry areas, new ice-maker line, new plumbing for kitchen, and two new hose bibs in basement per new archictectural plans. New french drain system and sump pump installation for waterproofing. | 1 | | |
| HVAC | Relocate existing water heater to new location per architectural plans. New HVAC system to include new gas furnace, AC Unit ductwork, thermostat, and all materials needed for new systems. New ductwork for new bath fans in bathroom and new hood vent in kitchen. | 1 | | |

| | | |
|---|---|---|
| Electrical | New electrical throughout entire home per new architectural plans. New 5kw solar panel installation (number of units to be determined). New service panel installed in basement. New meter on exterior of home (heavy up connection to be completed by Pepco.) New recessed lights, ceiling lights, electrical outlets, coaxial and internet wires, carbon monoxide detector, smoke detectors, ceiling lights, and under cabinet lights per new architectural plans. | 1 |
| Drywall | New 1/2" drywall throughout entire home to include all three levels. (Drywall to be used in bathrooms with new waterproof Schluter system installation) | 1 |
| Flooring | New LVL tile in basement. New 5" Red Oak HW floors throughout main level flooring. New Red Oak Treads with primed white riser stairs and oak handrail systems (white spindles) for new stairs in basement and upper level. New 5" Red Oak Hardwood flooring in hallway upstairs with new plush carpet in bedrooms. New underlayment and moldings throughout entire home. | 1 |
| Paint | Paint entire three levels of home to include walls, ceilings, doors, door and window trims, built-ins, & moldings. Paint exterior doors and window trim. | 1 |
| Cabinetry & Installation | Furnish & Install new kitchen, mudroom, built-ins and bathroom cabinetry per new design layout. (Layout and cabinetry to be determined. | 1 |
| Tile Work | Furnish & Install all new tile work needed for bathroom in basement, mudroom area, fireplace surround and front, half bathroom, masterbathroom and hall bathroom as per design plans. | 1 |
| Plumbing Electrical Hookup | Connect all plumbing fixtures in new kitchen, bathrooms, and laundry areas as per design layout. | 1 |
| Appliance Hookup | Connect all appliances in new laundry areas and kitchen as per design layout. | 1 |
| Accessory Connection | Connect new plumbing, electrical, and finishing accessories throughout home (to include closet systems, windows, door knobs and stoppers, bathroom accessories, kitchen accessories, and laundry accessories. | 1 |
| Exterior Work | New deck and rail system for master bedroom porch area. (All other exterior work to be quoted once approved by city.) | 1 |
| | | **$340,310.00** |
| Permits county and handling fees | **KBR** will pull the **electrical, plumbing** and **building** permits at **District of Columbia** (for structural work) | $5,500.00 |
| Coupon Activated | expires 3/31/2022 | -$3,000.00 |
| | **Total** | **$342,810.00** |