# EXHIBIT 2

**Complaint —** *Eckardt v. KBR Luxury, Inc.*

DocuSign Envelope ID: 1706B69C-ADC2-4687-8691-EB40B57F0970



7008 Wisconsin Ave. Bethesda, MD 20815
Phone:301.718.2800  E-mail: info@kbrmd.com

# CHANGE ORDER FORM

DATE: 05/26/2022

CUSTOMER NAME : Jasmine Herndon - Derrick Eckardt

- [ ] NO CHARGE
- [ ] CREDIT         $ 0
- [x] EXTRA CHARGE   $ 59,190

DESCRIPTION OF EXTRA WORK:

- **ADDITIONAL WORK: Customer requested to add: Convert existing upstairs master deck area into finished/conditioned space (New design layout to have new masterbathroom as finished area.) $32,343.00
- New attic access ladder on third floor - to include new pull down stair system and installation. $2784
- New custom built-in bookshelf in third bedroom. New custom built-in shelves under stairs in basement. $2473
- New 2' foundation underpinnning in basement as needed for new lowered floor. (Underpinning heights are variable and range between 18"-12" as per architectural plans) $16874
- Frame and install new hidden closet bookshelf on main level as per new specs and architectural plans. $4716
- 
- n/a
- 

**THE EXTRA WORK MAY EXTEND THE COMPLETION DATE OF THE JOB**
These order change for will extend to the completion date to 10 days

Project Manager : *Candice Benton* (DocuSigned)      Date : 5/27/2022

Customer Signature : *Jasmine Herndon* (DocuSigned)   Date : 5/27/2022