# EXHIBIT 3

**Complaint —** *Eckardt v. KBR Luxury, Inc.*



7008 Wisconsin Ave. Bethesda, MD 20815
Phone:301.718.2800  E-mail: info@kbrmd.com

# CHANGE ORDER FORM

DATE: 09/18/2022

CUSTOMER NAME : Jasmine Herndon & Derrick Eckardt

☐ NO CHARGE

☐ CREDIT              $ ..........................

[x] EXTRA CHARGE    $ 36425.00

DESCRIPTION OF EXTRA WORK:

- **ADDITIONAL WORK: Rebuild of Exterior Back Wall – Construct new support wall for existing back wall removal. Cut the back wall so as not do disturb neighboring structures. Demo existing masonry of backwall for two upper levels.
- **NEW BACK WALL REBUILD: Construct and frame new exterior back wall with new 2X6 framing. Install 1/2" plywood sheathing on exterior of wall. Install new R-19 insulation and wrap exterior wall with new exteior home wrap. Prep for new Hardiback.  Total: $30,600.00
- Build new platform (42"X42") at exterior basement door  Total: $285.00
- **SLIDING DOOR SIZE CHANGE: New width for full size glass siding door on Main Level to 144" (original width was 96")   Total: $5440
- ..........................................................................................................................
- ..........................................................................................................................
- ..........................................................................................................................

**THE EXTRA WORK MAY EXTEND THE COMPLETION DATE OF THE JOB**
These order change for will extend to the completion date to 10 days

Project Manager : *Candice Benton* (DocuSigned)     Date : 9/25/2022

Customer Signature : *Derrick Eckardt* (DocuSigned)   Date : 9/25/2022